# Court of Appeals
## Tenth Appellate District of Texas

---

### 10-26-00249-CR

---

In re Nigele Delawane Grant

---

### Original Proceeding

---

CHIEF JUSTICE JOHNSON delivered the opinion of the Court.

### MEMORANDUM OPINION

Relator's petition for writ of prohibition, filed on June 22, 2026, is denied.

Relator's motion for stay of trial court proceedings is dismissed as moot.

_____

MATT JOHNSON
Chief Justice

OPINION DELIVERED and FILED:  June 23, 2026

Before Chief Justice Johnson,
     Justice Smith, and
     Justice Harris
Petition denied
Motion dismissed
Do Not Publish
OT06

